# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| K&N Electric Motors, Inc. | ) ASBCA Nos. 61124, 61125, 61126 |
| | ) 61127, 61128, 61129 |
| | ) 61130, 61131, 61132 |
| | ) |
| Under Contract No. W912EF-14-C-0002 | ) |

APPEARANCES FOR THE APPELLANT:    Richard D. Campbell, Esq.
                                  Tyler S. Waite, Esq.
                                   Campbell & Bissell PLLC
                                   Spokane, WA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                   Engineer Chief Trial Attorney
                                  J. Tyler Moore, Esq.
                                   Deputy District Counsel
                                   U.S. Army Engineers District, Walla Walla

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: June 4, 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61124, 61125, 61126, 61127, 61128, 61129, 61130, 61131, 61132, Appeals of K&N Electric Motors, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals